FILED

SEP 15 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LEONA M. COSBY,                          )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )    Civil Action No.  11 1668
                                         )
CONGRESSIONAL FEDERAL CREDIT UNION,      )
                                         )
            Defendant.                   )

**MEMORANDUM OPINION**

This matter comes before the court on review of plaintiffs' applications to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the applications, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

(N)                                                              3

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges that a deceased relative left her an inheritance, the amount of which she does not know. Compl. at 1. She is "requesting that the truth come out." *Id.* The complaint fails to comply with Rule 8(a) because it neither states a claim of entitlement to relief or makes a demand for any particular relief. Insofar as plaintiff's claim deals with the disposition of property after a person's death, it is doubtful that this Court has subject matter jurisdiction. Accordingly, the complaint will be dismissed without prejudice.

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE: 9/13/11

2